IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CB8 |
| | ) | Violation Number 0984426 NE-55 |
| vs. | ) | |
| | ) | |
| KURT NELSON, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 41), the above-referenced matter is hereby dismissed without prejudice and the warrant previously issued is hereby canceled.

ORDERED this 19th day of November, 2013.

**BY THE COURT:**

s/ Thomas D. Thalken
**UNITED STATES MAGISTRATE JUDGE**